No. 84–6. KENNEDY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

JUSTICE WHITE, with whom JUSTICE BRENNAN joins, dissenting.

Because the decision of the Court of Appeals in this case conflicts with the decision of the Court of Appeals for the First Circuit in *United States* v. *Canus*, 595 F. 2d 73 (1979), I would grant certiorari.

No. 84–265. CALIFORNIA *v.* HARRIS. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 